**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Alfonso MONIET–WONG, also known
as Hector Huerta, Defendant–
Appellant.**

No. 12–40896
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Alfonso Moniet–Wong pleaded guilty to illegal reentry and was sentenced to 52 months of imprisonment and three-years of supervised release. In calculating his guidelines range of imprisonment, the district court applied a 16–level enhancement

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

under U.S.S.G. § 2L1.2(b)(1)(A)(i) for Moniet–Wong's prior conviction of conspiracy to distribute marijuana.

As he did in the district court, Moniet–Wong argues that his prior conspiracy conviction under 21 U.S.C. § 846 did not require any overt act; it is thus not a conspiracy within the generic, contemporary meaning of the word, and it cannot support the enhancement. Moniet–Wong correctly concedes that his argument is foreclosed by *United States v. Rodriguez–Escareno*, 700 F.3d 751, 753–54 (5th Cir.2012), *cert. denied*, —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), but he raises it to preserve it for further possible review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.